# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**     Tel: 718-740-1000
Email: abdul@abdulhassan.com     Fax: 718-740-2000
*Employment and Labor Lawyer*     Web: www.abdulhassan.com

June 6, 2025

**Via ECF**

Hon. Stewart D. Aaron, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007-1312

APPLICATION GRANTED

Hon. Stewart D. Aaron, U.S.M.J.

Dated: June 9, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2025

**Re: Singh v. The Packard Condominium**
Case No. 24-CV-10018 (VSB)(SDA)
Motion for Extension of Time

Dear Magistrate-Judge Aaron:

     My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the June 6, 2025 deadline for plaintiff to file his motion for settlement approval. This request is being made because some additional time is still needed to sort out the issues implicating *Cheeks*. One prior request for an extension of this deadline was made and granted.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** Defense Counsel via ECF

1